**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re THEODORE SHOVE,                    No. C-13-1056 TEH (PR)

    Petitioner,                         ORDER ADMINISTRATIVELY CLOSING
_____/       CASE

        On February 20, 2013, Petitioner Theodore Shove, an inmate incarcerated at San Quentin State Prison who has been sentenced to death, filed a habeas petition in this Court. See Shove v. Chappell, Case No. CV 13-80032 MISC CRB. On February 22, 2013, the capital petition was transferred to the District Court for the Central District of California. See Shove v. Chappell, Case No. CV 12-80032 MISC CRB, Docket No. 2.

        On March 7, 2013, Petitioner wrote a letter to this Court asking for the case number of his habeas petition. The Clerk of the Court, thinking that Petitioner was filing a new case in this Court, opened the instant case, No. C 13-1056 TEH. Because this case was opened in error, it shall be administratively closed.

        Therefore, the Clerk of the Court shall terminate any

pending motions and administratively close this case.

IT IS SO ORDERED.

DATED   *03/18/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.13\Shove 13-1056 Adm Close.wpd